IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Troy Aaron Barlow, | ) | Case No. 20-82577-CRJ7 |
| Radina Annette Barlow, | ) | |
|     Debtor(s). | ) | Chapter 7 |

BANKRUPTCY ADMINISTRATOR'S RECOMMENTATION ON THE APPLICATION BY THE TRUSTEE TO EMPLOY STEPHEN KARBELK OF CENTURY 21 NEW MILLENNIUM AS REAL ESTATE BROKER

COMES NOW the United States Bankruptcy Administrator for the Northern District of Alabama, by and through the undersigned counsel of record, and regarding the application to employ Stephen Karbelk of Century 21 New Millennium as Real Estate Broker by the Trustee states as follows:

1. The Bankruptcy Administrator has reviewed the application to employ Stephen Karbelk of Century 21 New Millennium as Real Estate Broker for the Trustee and finds the same complies with the requirements of 11 U.S.C. §327 and Rule 2014 of the Federal Rules of Bankruptcy Procedure.

2. The proposed compensation of six percent of the sale price is reasonable in the community for the proposed employment.

WHEREFORE, the premises considered, Bankruptcy Administrator recommends that the application to employ Stephen Karbelk of Century 21 New Millennium as Real Estate Broker for the Trustee be approved.

Respectfully submitted May 26, 2021.

                                      J. THOMAS CORBETT
                                      United States Bankruptcy Administrator for the
                                      Northern District of Alabama
                                      /s/ Richard M. Blythe
                                      Richard M. Blythe
                                      Assistant U.S. Bankruptcy Administrator
                                      Alabama Bar ID: ASB-3199-B52R

OF COUNSEL:
United States Bankruptcy Administrator
Northern District of Alabama
Seybourn H. Lynne Federal Building
P.O. Box 3045
400 Well Street NE. Room 236
Decatur, Alabama 35602
(256) 340-2740

## CERTIFICATE OF SERVICE

     I hereby certify that on May 26, 2021, I have served a copy if the foregoing on the parties listed below by electronic service through the Court's CM/ECF system and/or by placing a copy of the same in the U.S. Mail, postage prepaid.

Judith Thompson, Trustee, Via CM/ECF electronic service

Kevin D. Heard, Esq., Attorney for Debtors, Via CM/ECF electronic service

                                     /s/Richard M. Blythe
                                     Richard M. Blythe